1  MICHAEL STEPANIAN
   Attorney at Law (CSBN 033712)
2  819 Eddy Street
   San Francisco, CA 94109
3  Telephone: (415) 771-6174
   Facsimile:  (415) 474-3748
4
   Attorney for Defendant
5  DAMIAN PRESCOTT                          *E-FILED - 4/30/09*

6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                                    –ooo–

11  UNITED STATES OF AMERICA,          CASE NO.  07-cr-0282-RMW

12              Plaintiff,

13  vs.

14  DAMIAN PRESCOTT,                   **STIPULATION AND ORDER TO
                                       CONTINUE STATUS CONFERENCE**
15

16              Defendants.

17  _____/

18

19        IT IS HEREBY STIPULATED AND AGREED by and between Michael Stepanian,

20  counsel for defendant DAMIAN PRESCOTT, and Richard C. Cheng,  Assistant United States

21  Attorney, that the STATUS CONFERENCE presently set for Monday, May 4, 2009, at 9:00 am,

22  be moved to Monday, June 8, 2009, at 9:00 am for DISPOSITION.

23  ///

24  ///

25  ///

26  ///

27  ///

28

Stipulation to Change Status Date 07-0282 RMW

1      Mr Stepanian has been in a jury trial in the Eastern District of California in U.S. v CAZA,

2  CR-06-00058 FCD, since early March and that trial at this time is expected to continue possibly

3  into late May.

4

5

6

7  Date:   April 27, 2009                /s/ Michael Stepanian

8                                   MICHAEL STEPANIAN
                                     Counsel for defendant

9                                   DAMIAN PRESCOTT

10

11  Date:   April 27, 2009                /s/ Richard C Cheng

12                                       RICHARD C CHENG
                                     Assistant United States Attorney

13

14  SO ORDERED:

15

16  Dated:  4/30 ____, 2009

17                                    RONALD M WHYTE
                                     United States District Judge

18

19

20

21

22

23

24

25

26

27

28