MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748

Attorney for Defendant
DAMIAN PRESCOTT

*E-FILED - 10/8/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ooo

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>DAMIAN PRESCOTT, et al.,<br><br>      Defendants.<br>_____ / | CR. 07-00282-RMW<br><br>**STIPULATION TO CONTINUE DATE OF SENTENCING**<br>__AND ORDER_____ |

    Defendant Damian Prescott, by and through his counsel of record Michael Stepanian, and Assistant U.S. Attorney Richard Cheng hereby stipulate and agree that the sentencing presently set for October 5, 2009, be continued to February 2, 2010 at 9 a.m. This continuance is at the request of defense counsel who needs additional time to obtain documents from his client who resides in the Boston area. These documents are necessary for the sentencing.

///
///
///
///

1  United States Probation Officer Ben Flores has no objection to this continuance.

3  Date: September 30, 2009            /s/ Michael Stepanian
4                                      MICHAEL STEPANIAN
                                       Attorney for Defendant
5                                      Damian Prescott

7                                       /s/
   Date: September 30, 2009            RICHARD CHENG
8                                       Assistant United States Attorney

9  So Ordered.

11  Date: 10/8/09
                                        Ronald M Whyte
12                                      U.S. District Court Judge