1  MICHAEL STEPANIAN
   Attorney at Law (CSBN 033712)
2  819 Eddy Street
   San Francisco, CA 94109
3  Telephone: (415) 771-6174
   Facsimile:  (415) 474-3748
4
   Attorney for Defendant
5  DAMIAN PRESCOTT

*E-FILED - 2/2/10*

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                         –o0o–

11  UNITED STATES OF AMERICA,            CASE NO. 07-CR-0282-RMW

12              Plaintiff,

13  vs.
                                         **STIPULATION TO CONTINUE**
14  DAMIAN PRESCOTT,                     **SENTENCING** AND ORDER

15
                Defendant.
16
                                    /
17

19      IT IS HEREBY STIPULATED AND AGREED by and between Michael Stepanian,

20  counsel for defendant DAMIAN PRESCOTT, and Richard C. Cheng, Assistant United States

21  Attorney, that the sentencing presently set for Monday, February 1, 2010, at 9:00 a.m., be

22  continued to Monday, April 19, 2010, at 9:00 a.m.

23  ///

24  ///

25  ///

26

27  ///

Mr. Prescott is currently in treatment for cancer in Boston, Massachusetts. United States Probation Officer Ben Flores has no objection to this continuation.

Date: January 22, 2010  /s/ Michael Stepanian  
MICHAEL STEPANIAN  
Counsel for defendant  
DAMIAN PRESCOTT

Date: January 22, 2010  /s/ Richard C Cheng  
RICHARD C CHENG  
Assistant United States Attorney

SO ORDERED:

Dated: February 2, 2010

*Ronald M. Whyte*  
RONALD M WHYTE  
United States District Judge