MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile:  (415) 474-3748

*E-FILED - 4/21/10*

Attorney for Defendant
DAMIAN PRESCOTT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAMIAN PRESCOTT, et al.,

    Defendants.
_____/

CR. 07-00282-RMW

**STIPULATION TO CONTINUE DATE OF SENTENCING __ AND ORDER_____**

    Defendant Damian Prescott, by and through his counsel of record Michael Stepanian, and Assistant U.S. Attorney Richard Cheng hereby stipulate and agree that the sentencing presently set for April 19, 2010, be continued to July 26, 2010 at 9 a.m. This continuance is at the request of defense counsel.  The probation officer needs additional time to complete his report and Mr. Prescott is still undergoing treatment for his cancer in Boston.

///

///

///

///

1 United States Probation Officer Ben Flores has no objection to this continuance.

2

3  Date:   April 9, 2010                           _____/s/_____
4                                                                MICHAEL STEPANIAN
                                                                 Attorney for Defendant
5                                                                Damian Prescott

6

7                                                 _____/s/_____
  Date:   April 9, 2010                           RICHARD CHENG
8                                                 Assistant United States Attorney

9

10 SO ORDERED:

11 April_ 21 _, 2010                              /s/ Ronald M. Whyte
12                                                 _____
                                                   RONALD M. WHYTE
13                                                 U.S. District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28