MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile:  (415) 474-3748

*E-FILED - 7/14/10*

Attorney for Defendant
DAMIAN PRESCOTT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>DAMIAN PRESCOTT, et al.,<br><br>      Defendants.<br>_____/ | CR. 07-00282-RMW<br><br>**STIPULATION TO CONTINUE DATE OF SENTENCING**<br>___ AND ORDER _____ |

      Defendant Damian Prescott, by and through his counsel of record Michael Stepanian, and Assistant U.S. Attorney Richard Cheng hereby stipulate and agree that the sentencing presently set for July 19, 2010, be continued to October 4, 2010 at 9 a.m. This continuance is at the request of defense counsel due to his unavailability on the presently set date.

///

///

///

United States Probation Officer Ben Flores has no objection to this continuance.

Date:   June 29, 2010                         /s/ Michael Stepanian
                                              MICHAEL STEPANIAN
                                              Attorney for Defendant
                                              Damian Prescott


                                              /s/ Richard Cheng
Date:   June 29, 2010                         RICHARD CHENG
                                              Assistant United States Attorney


SO ORDERED:

July   14  , 2010
                                              _____
                                              RONALD M. WHYTE
                                              U.S. District Court Judge