```
MICHAEL STEPANIAN
Attorney at Law (CSBN 033712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile:  (415) 474-3748                    *E-FILED - 9/30/10*

Attorney for Defendant
DAMIAN PRESCOTT
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–o0o–

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  07-CR-0282-RMW |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING  AND ORDER** |
| DAMIAN PRESCOTT, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Michael Stepanian, counsel for defendant DAMIAN PRESCOTT, and Richard C. Cheng, Assistant United States Attorney, that the sentencing presently set for Monday, October 4, 2010, at 9:00 a.m., be continued to Monday, Dec 13, 2010, at 9:00 a.m.

///

///

///

///

1  United States Probation Officer Ben Flores has no objection to this continuation.

2

3

4  Date:  September 20, 2010         /s/ Michael Stepanian
5                                                    MICHAEL STEPANIAN
                                                     Counsel for defendant
6                                                    DAMIAN PRESCOTT

7

8  Date:  September 20, 2010         /s/ Richard C Cheng
                                                     RICHARD C CHENG
9                                                    Assistant United States Attorney

10

11  SO ORDERED:

12

13  Dated: September 30 , 2010

14                                                    RONALD M WHYTE
                                                      United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28