1  MICHAEL STEPANIAN
   Attorney at Law (CSBN 037712)
2  819 Eddy Street
   San Francisco, CA 94109
3  Telephone: 415-771-6174
   Facsimile:  415-474-3748\                    ***E-FILED - 12/7/10***
4
   Attorney for Defendant
5  DAMIAN PRESCOTT

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                              –ooo–

11 UNITED STATES OF AMERICA,
                                        CR.  **07-0282-RMW**
12           Plaintiff,

13 vs.
                                        **STIPULATION TO CONTINUE**
14                                      **DATE FOR SENTENCING**
                                        _____
15 DAMIAN PRESCOTT,

16           Defendant

17 _____/

18

19     IT IS HEREBY STIPULATED AND AGREED by and between Michael

20 Stepanian for defendant Damian Prescott, and Assistant United States Attorney Richard

21 C. Cheng, that the sentencing presently set for Monday, December 13, 2010 at 9 a.m. be

22 continued to February 14, 2011 at 9 a.m.

23 //

24 ///

25 ///

26 ///

27 ///

28

United States Probation Officer Ben Flores has no objection to this continuance.

Date: December 2, 2010

            /s/
MICHAEL STEPANIAN
Counsel for Defendant
Damian Prescott

Date: December 2, 2010

            /s/
RICHARD C. CHENG
Assistant United States Attorney

SO ORDERED:

December 7, 2010

*Ronald M. Whyte*
RONALD M. WHTYE
United States District Court Judge