MICHAEL STEPANIAN (CSBN 037712)
Attorney at Law
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile:   (415) 474-3748

*E-FILED - 2/7/11*

Attorney for Defendant
DAMIAN PRESCOTT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket No. 07-00282-RMW |
| Plaintiff, | STIPULATION AND ORDER VACATING SENTENCING DATE AND CONTINUING SENTENCING |
| vs. | |
| DAMIAN PRESCOTT | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between United States Attorney Richard Cheng, Counsel for Plaintiff, and Attorney Michael Stepanian, Counsel for Defendant, DAMIAN PRESCOTT, that the sentencing scheduled for February 14, 2011 at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on April 18, 2011, at 9:00 a.m. for sentencing on that date. In January of 2011, Defendant was hired as a Territory Manager for Davol, Inc., selling surgical repair products. As part of his new position, Defendant must complete an eight to ten week intensive training program traveling to Arizona, Oklahoma, and Boston, and then spend two to three weeks in the territory for which he is responsible, which is

1

Rhode Island. As such, Defendant seeks additional time to complete his job training prior to sentencing.

Defendant's U.S. Probation Officer, Benjamin Flores, has no objection to this continuance.

Date: January 25, 2011                    /s/ Michael Stepanian
                                          MICHAEL STEPANIAN
                                          Counsel for Defendant
                                          Damian Prescott

Date: January 25, 2011                    /s/ Richard Cheng
                                          RICHARD CHENG
                                          United States Attorney

**ORDER**

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for February 14, 2011, at 9:00 a.m., be vacated and the matter continued to April 18, 2011, at 9:00 a.m. for sentencing.

This ___7___ day of February 2011

_/s/ Ronald M. Whyte_

HON. RONALD M. WHYTE
United States District Judge