1 | **MICHAEL STEPANIAN (CSBN 037712)**
**Attorney at Law**
2 | **819 Eddy Street**
**San Francisco, CA 94109**
3 | **Telephone: (415) 771-6174**    *E-FILED - 4/14/11*
**Facsimile:  (415) 474-3748**
4
5 | **Attorney for Defendant**
**DAMIAN PRESCOTT**
6
7
8 | UNITED STATES DISTRICT COURT
9 | NORTHERN DISTRICT OF CALIFORNIA
10 | SAN JOSE DIVISION
11 | –ooo–
12 | **UNITED STATES OF AMERICA,**    Docket No. 07-00282-RMW
     **Plaintiff,**    **STIPULATION AND ORDER**
13 |                  **VACATING SENTENCING DATE**
     vs.              **AND CONTINUING SENTENCING**
14
15 | **DAMIAN PRESCOTT**
     **Defendant.**
16
17 | _____/
18
19
20
21 | IT IS HEREBY STIPULATED by and between United States Attorney Richard Cheng, Counsel for Plaintiff, and Attorney Michael Stepanian, Counsel for Defendant, DAMIAN PRESCOTT that the sentencing scheduled for April 18, 2011 at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on July 25, 2011, at 9:00 a.m. for sentencing on that date. Defendant seeks additional time to resolve the restitution issue with the victim in this case.

1

Defendant's U.S. Probation Officer, Benjamin Flores, has no objection to this continuance.

Date: April 6, 2011   /s/ Michael Stepanian
MICHAEL STEPANIAN
Counsel for Defendant
Damian Prescott

Date: April 6, 2011   /s/ Richard Cheng
RICHARD CHENG
United States Attorney

**ORDER**

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for April 18, 2011, at 9:00 a.m., be vacated and the matter continued to July 25, 2011, at 9:00 a.m. for sentencing. <u>FINAL CONTINUANCE</u>.

This __14__ day of April 2011

_/s/ Ronald M. Whyte_
HON. RONALD M. WHYTE
United States District Judge