MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748

Attorney for Defendant
DAMIAN PRESCOTT

*E-FILED - 8/26/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAMIAN PRESCOTT, et al.,

    Defendants.
_____/

CR. 07-00282-RMW

**STIPULATION & ORDER TO CONTINUE RESTITUTION HEARING**

    Defendant Damian Prescott, by and through his counsel of record Michael Stepanian, and Assistant U.S. Attorney Richard Cheng hereby stipulate and agree that the restitution hearing presently set for August 29, 2011 be continued to September 12, 2011 at 9 a.m.  Mr. Prescott has paid the required restitution, however counsel for Cisco, Lew Feichbaum, needs additional time to confirm this payment with officials at Cisco.

///
///
///
///
///

All the parties have agreed that a continuance until September 12, 2011 shall provide sufficient time to confirm the payment.

Date:   August 25, 2011  
                                                /s/  
MICHAEL STEPANIAN  
Attorney for Defendant  
Damian Prescott

Date:   August 25, 2011  
                                                /s/  
RICHARD CHENG  
Assistant United States Attorney

SO ORDERED:  
August 26, 2011

*Ronald M Whyte*  
RONALD M. WHYTE  
U.S. District Court Judge